Joseph PALAZZOLO, Defendant/Appellant,

v.

STATE of Missouri, Plaintiff/Respondent.

No. 69830.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 15, 1996.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for plaintiff/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

ORDER

PER CURIAM.

Movant appeals the dismissal, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order af-firming the judgment pursuant to Rule 84.16(b).

Randall ESROCK, Plaintiff/Respondent,

v.

C & M BAIL BONDS, INC., and Cody Ice, Defendants/Appellants.

No. 68766.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 15, 1996.

Gregg T. Hyder, Columbia, for defendants/appellants.

Mark D. Hirschfeld, Clayton, for plaintiff/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

ORDER

PER CURIAM.

Defendants appeal the judgment for plaintiff in an action for breach of a criminal bail bond agreement following a bench trial. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).